IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMED and NABEEL ABDULLA, owners of PARKVIEW MARKET,<br><br>      Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION,<br><br>      Defendant. | 1:05-cv-00657-SMS<br><br>**ORDER SETTING EARLY SETTLEMENT CONFERENCE PER STIPULATION OF COUNSEL**<br><br>Date:  2/7/06<br>Time:  2:00 p.m.<br>Judge: Hon. Dennis L. Beck |

   This matter came on regularly for a Mandatory Scheduling Conference on December 15, 2005 at 9:00 a.m. before the Honorable Sandra M. Snyder, United States Magistrate Judge, at which counsel stipulated to an Early Settlement Conference prior to any scheduling or discovery.

   Therefore, an Early Settlement Conference is HEREBY SET for February 7, 2006 at 2:00 p.m. before the Honorable Dennis L. Beck, United States Magistrate Judge.

//

/

1    Unless otherwise permitted in advance by Judge Beck, **the
2 attorneys who will try the case shall personally appear** at the
3 Settlement Conference **with the parties** and the person or
4 persons having **full authority** to negotiate and settle the case **on
5 any terms**[1] at the conference.
6    Permission for a party *[not attorney]* to attend by telephone
7 may be granted by Judge Beck upon request, by letter, with a copy
8 to the other parties, IF the party lives and works outside the
9 Eastern District of California, AND attendance in person would
10 constitute a hardship.  If telephone attendance is allowed, **the
11 party must be** *immediately* **available throughout the conference,
12 until excused, regardless of time zone differences**.  Any other
13 special arrangements desired in cases where settlement authority
14 rests with a governing body shall also be proposed, in advance, by
15 letter, and copied to all other parties.

            CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

17    NOTICE IS HEREBY GIVEN that a Confidential Settlement
18 Conference Statement is **MANDATORY**, and must be submitted to Judge
19 Beck's chambers, **at least five (5) court days prior to the
20 Settlement Conference**, by e-mail to DLBOrders@caed.uscourts.gov.
21 Failure to so comply may result in the imposition of monetary
22 and/or other sanctions.

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors, or the like, shall be represented by a person or persons who occupy high executive positions in the party organization, and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible, the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1  The Statement should **not be filed** with the Clerk's Office nor
2  **served on any other party**, although the parties may file a Notice
3  of Lodging Confidential Settlement Conference Statement.  Each
4  Statement shall be clearly marked "Confidential" with the date and
5  time of the Settlement Conference indicated prominently thereon.
6  Counsel are urged to request the return of their Statements if
7  settlement is not achieved and, if such a request is not made, the
8  Court will dispose of the Statement.
9  The Confidential Settlement Conference Statement shall include
10 the following:
11     A.   A brief statement of the facts of the case.
12     B.   A brief statement of the claims and defenses, i.e.,
13 statutory or other grounds upon which the claims are founded; a
14 forthright evaluation of the parties' likelihood of prevailing on
15 the claims and defenses; and, a description of the major issues in
16 dispute.
17     C.   A summary of the proceedings to date.
18     D.   An estimate of the cost and time to be expended for
19 further discovery, pretrial, and trial.
20     E.   The relief sought.
21     F.   The party's position on settlement, including present
22 demands and offers, and a history of past settlement discussions,
23 offers, and demands.

### ADMONITION

25 If it is clear to counsel and/or the parties that this case is
26 not in a settlement posture, counsel are directed to contact Judge
27 Beck's staff immediately.  **OTHERWISE**, the court will assume the
28 following:

1.   That plaintiffs have provided defendants with a timely demand;

2.   That the parties have met and conferred sufficiently at least once prior to the Settlement Conference regarding possible settlement; and,

3.   That the parties are therefore ready, willing, and able to settle the case, meaning that (A) defendant has settlement authority, and (B) plaintiffs are willing to negotiate in good faith.

If there is no settlement authority from either or any party and/or it is the hope of one or more parties that the court assess strengths and weaknesses of each parties' cases such that the court will hopefully convince a party to dismiss his/her/their lawsuit, **THIS IS NOT SETTLEMENT**.  In such a situation, the parties are admonished to coordinate a telephonic conference call with Judge Beck, through Courtroom Deputy Mamie Hernandez, prior to the Settlement Conference, to discuss the status of settlement. Failure to do so could result in sanctions against any or all parties if appearances are made and it was known to one or more parties that the case cannot settle.

It will be the obligation of counsel, post-Early Settlement Conference, to contact Judge Snyder's staff to either inform the court of settlement **OR** re-set the Scheduling Conference.

IT IS SO ORDERED.

**Dated:   December 16, 2005**              **/s/ Sandra M. Snyder**
icido3                                      UNITED STATES MAGISTRATE JUDGE