McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMMED and NABEEL ABDULLA, owners of PARKVIEW MARKET,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION,<br><br>　　　　Defendant. | 1:05-cv-0657-SMS<br><br>**STIPULATION AND**<br><br>**ORDER RE: BRIEFING SCHEDULE** |

　　Plaintiffs Nassr Mohamed and Nabeel Abdulla and defendant United States of America (although the United States Department of Agriculture Food and Nutrition is this action's named defendant, 7 U.S.C. § 2023(a)(13) identifies the United States as the proper defendant in cases involving judicial review of government action taken pursuant to the Food Stamp Program), pursuant to the Court's minute order dated August 18, 2006 and by and through the undersigned counsel, stipulate to the following briefing schedule and respectfully request that the Court so approve.

**BRIEFING/HEARING SCHEDULE**

| | |
|---|---|
| Plaintiffs' Motion for Summary Judgment/ Judgment on the Administrative Record | November 7, 2006 |
| Defendant's Opposition/Cross Motion | November 28, 2006 |
| Plaintiffs' Reply | December 19, 2006, 2006 |
| Defendant's Sur-Reply | December 26, 2006 |
| Hearing | January 12, 2007 at 9:30a.m. before Judge Snyder |

Respectfully submitted,

Dated: September 6, 2006.                    September 6, 2006

Law Office of Roger K. Vehrs                 McGREGOR W. SCOTT
                                             United States Attorney

(As auth. 9/6/06)
 /s/ Roger K. Vehrs____                      /s/ Brian W. Enos_____
ROGER K. VEHRS                               BRIAN W. ENOS
Attorneys for plaintiffs                     Attorneys for defendant
Nassr Mohamed and                            United States of America
Nabeel Abdulla


IT IS SO ORDERED.

**Dated:   September 7, 2006**              _____/s/ Sandra M. Snyder_____
icido3                                      UNITED STATES MAGISTRATE JUDGE