McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMMED and NABEEL ABDULLA, owners of PARKVIEW MARKET, <br><br>  Plaintiffs, <br><br>  v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION, <br><br>  Defendant. | 1:05-cv-00657-SMS <br><br> **STIPULATION AND ORDER RE: BRIEFING SCHEDULE** |

Plaintiffs Nassr Mohamed and Nabeel Abdulla are in the midst of arranging for new counsel regarding the above matter. Accordingly, an extension of this action's briefing deadlines is necessary. The parties therefore stipulate to the foregoing amended litigation schedule and respectfully request that the Court so approve.

**BRIEFING/HEARING SCHEDULE**

| | Old Date: | New Date: |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment/Judgment on the Administrative Record | (November 7, 2006) | **Feb. 6, 2007** |

| | | |
|---|---|---|
| Defendant's Opposition Cross Motion | (November 28, 2006) | **Feb. 27, 2007** |
| Plaintiffs' Reply | (December 19, 2006) | **March 20, 2007** |
| Defendant's Sur-Reply | (December 26, 2006) | **March 27, 2007** |
| Hearing | January 12, 2007 | **April 13, 2007** |

Respectfully submitted,

Dated: November 6, 2006.          November 6, 2006

Law Office of Roger K. Vehrs        McGREGOR W. SCOTT
                                    United States Attorney

(As auth. 11/6/06)
_/s/ Roger K. Vehrs____            /s/ Brian W. Enos_____
ROGER K. VEHRS                     BRIAN W. ENOS
Attorneys for plaintiffs           Attorneys for defendant
Nassr Mohamed and                  United States of America
Nabeel Abdulla


IT IS SO ORDERED.

**Dated:   November 7, 2006**              **/s/ Sandra M. Snyder**
icido3                              UNITED STATES MAGISTRATE JUDGE