UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR MOHAMED, as owner of Family Food Market and co-owner of Parkview Market, et al., <br><br>　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION,<br><br>　　　　Defendant. | 1:05-CV-00657-SMS<br><br>ORDER VACATING HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AND DEEMING MOTION SUBMITTED ON THE PAPERS (DOC. 30) |

　　Plaintiffs are proceeding with a civil action in this Court. Plaintiffs are proceeding with a civil action in this Court. By order filed November 9, 2005, entered upon the parties' consent, Judge Anthony W. Ishii assigned this action to the undersigned Magistrate Judge for all proceedings, including the entry of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73(b), and Local Rule 73-301.

　　On November 6, 2006, Plaintiff's counsel filed a motion to withdraw as attorney for Plaintiff, including a notice or motion and motion, memorandum of points and authorities, declaration of Roger K. Vehrs with attachments, and proofs of service. Despite

1 the passage of the time for filing opposition or any other
2 response, neither any party nor Plaintiff has filed opposition or
3 any form of response.
4     Pursuant to Rule 78-230(h) of the Local Rules of Practice
5 for the United States District Court, Eastern District of
6 California, the Court finds that the motion of Plaintiff's
7 counsel Roger K. Vehrs to withdraw as Plaintiff's attorney is a
8 matter that may appropriately be submitted upon the record and
9 briefs.
10    Accordingly, the hearing on the motion, presently set for
11 December 15, 2006, IS VACATED, and the motion IS DEEMED SUBMITTED
12 to the Court for decision.
13 IT IS SO ORDERED.
14 **Dated:   December 11, 2006**               /s/ Sandra M. Snyder
   icido3                                UNITED STATES MAGISTRATE JUDGE

2