McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMMED and NABEEL ABDULLA, owners of PARKVIEW MARKET,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION,<br><br>　　　　Defendant. | 1:05-cv-00657-SMS<br><br>**STIPULATION TO FILING OF FIRST AMENDED COMPLAINT;**<br><br>**ORDER RE: SAME** |

　　　Plaintiffs Nassr Mohamed and Nabeel Abdulla ("plaintiffs") and defendant United States of America[1] stipulate, by and through the undersigned counsel, to plaintiffs' filing their First Amended Complaint by Monday, April 2, 2007. This First Amended Complaint comprises the same pleading that plaintiffs presented to defendant on the afternoon of March 30, 2007. The parties further agree that defendant has through Wednesday, May 2, 2007 by which to file its response to plaintiffs' First Amended

---

[1] Although this action currently identifies United States Department of Agriculture Food and Nutrition as its named defendant, 7 U.S.C. §2023(a)(13) identifies the United States as the proper defendant in cases involving judicial review of government action taken pursuant to the Food Stamp Program.

1  Complaint.  The parties respectfully request the court to approve
2  this stipulation by way of formal order.
3                       Respectfully submitted,
4  Dated: March 30, 2007              March 30, 2007
5  Law Offices of Bruce K. Leichty    McGREGOR W. SCOTT
                                      United States Attorney
6  (As auth. 4/2/07)
                                      /s/ Brian W. Enos_____
7  _____                             BRIAN W. ENOS
   BRUCE K. LEICHTY
   Attorneys for plaintiffs           Attorneys for defendant
8  Nassr Mohamed and                  United States of America
   Nabeel Abdulla

**IT IS SO ORDERED.**

**Dated:   April 10, 2007               /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

2