McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMMED and NABEEL ABDULLA, owners of PARKVIEW MARKET, <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION, <br><br>Defendant. | 1:05-cv-00657-SMS <br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE** |

Pursuant to the parties' February 26, 2008 scheduling conference and the court's resulting minute order (Doc. 64), plaintiffs Nassr Mohamed and Nabeel Abdulla ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through their undersigned counsel, to the following briefing schedule regarding their cross motions for partial summary adjudication and/or judgment on the administrative record. As discussed during the above conference, these cross motions will address only the fourth through sixth causes of action of
///

plaintiffs' Second Amended Complaint and are to be regarded as potentially dispositive motions only as to those claims.

The parties further stipulate and agree that they have not waived and that this stipulation does not constitute a waiver of their claims or rights or any issues relating to the necessity of discovery or the timing or scope of discovery, and that Plaintiffs have specifically reserved the right to oppose Defendant's motion on the ground that further discovery is needed before any judgment on any one or more of these three claims can be entered against them. The parties specifically stipulate to the following briefing schedule:

**BRIEFING/HEARING SCHEDULE**

| | |
|---|---|
| Plaintiffs' Motion for Summary Adjudication | **November 17, 2008** |
| Defendant's Opposition/ Cross Motion | **December 8, 2008** |
| Plaintiffs' Reply | **December 31, 2008** |
| Defendant's Sur-Reply | **January 7, 2009** |
| Hearing | **January 30, 2009**\* 9:30 a.m. before Judge Snyder |

*date revised by the court from Jan. 16, 2009 date

Respectfully submitted,

Dated: July 21, 2008                July 21, 2008

Law Offices of Bruce Leichty        McGREGOR W. SCOTT
                                    United States Attorney

(As auth. 7/21/08)
/s/Bruce Leichty                    /s/Brian W. Enos
BRUCE LEICHTY                       BRIAN W. ENOS
Attorneys for plaintiffs            Attorneys for defendant
Nassr Mohamed and                   United States of America
Nabeel Abdulla

1  ///
2
3
4  IT IS SO ORDERED.
5  **Dated:   July 21, 2008**              **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE