1  McGREGOR W. SCOTT
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare St., Ste. 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for defendant United States of America

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10 NASSR MOHAMED, owner of        )   1:05-cv-0657-SMS
   FAMILY  FOOD MARKET; NASSR    )
11 MOHAMMED and NABEEL ABDULLA,   )   **STIPULATION RE: AMENDMENT TO**
   owners of PARKVIEW MARKET,    )   **BRIEFING SCHEDULE AND HEARING**
12                                )   **DATE; ORDER**
                 Plaintiffs,      )
13                                )
        v.                        )
14                                )
   UNITED STATES DEPARTMENT OF    )
15 AGRICULTURE FOOD AND           )
   NUTRITION,                     )
16                                )
                 Defendant.       )
17                                )
                                  )
18 _____

19      Plaintiffs Nassr Mohamed and Nabeel Abdulla ("plaintiffs")
20 and defendant United States of America ("defendant")
21 (collectively "the parties") stipulate, by and through their
22 undersigned counsel, to slightly modifying the briefing schedule
23 and hearing date regarding their cross motions for partial
24 summary adjudication and/or judgment on the administrative record
25 as set forth below.
26      The parties base their stipulation on good cause.
27 Specifically, the parties need to extend initial filing deadlines
28 as identified below approximately four days to accommodate

1  unexpected litigation demands.  In addition, the parties agree to
2  move the January 30, 2009 hearing date back one week because
3  defense counsel will be out of state on that date attending
4  training in South Carolina.  The parties note that reply and sur-
5  reply deadlines regarding the above motion do not need to be
6  moved.
7      The parties specifically stipulate to the following
8  scheduling modifications, and request the court to endorse these
9  modifications by way of formal order:

**BRIEFING/HEARING SCHEDULE**

|  | Old Dates | New Dates |
|---|---|---|
| Plaintiffs' Motion for Summary Adjudication | November 17, 2008 | **November 21, 2008** |
| Defendant's Opposition/ Cross Motion | December 8, 2008 | **December 11, 2008** |
| Hearing | January 30, 2009<br>9:30 a.m. | **February 6, 2009**<br>9:30 a.m. |

Respectfully submitted,

Dated: November 13, 2008           November 13, 2008

Law Offices of Bruce Leichty        McGREGOR W. SCOTT
                                    United States Attorney
(As auth. 11/13/08)

/s/ Bruce Leichty                   /s/ Brian W. Enos
BRUCE LEICHTY                       BRIAN W. ENOS
Attorneys for plaintiffs            Attorneys for defendant
Nassr Mohamed and                   United States of America
Nabeel Abdulla


IT IS SO ORDERED.

**Dated:   November 17, 2008**          **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

2