```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BRIAN W. ENOS
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare St., Ste. 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
```

6  Attorneys for defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMMED and NABEEL ABDULLA, owners of PARKVIEW MARKET,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION,<br><br>　　　　　Defendant. | 1:05-cv-0657-SMS<br><br>**STIPULATION RE: AMENDMENT TO BRIEFING SCHEDULE;**<br><br>**ORDER** |

　　　Plaintiffs Nassr Mohamed and Nabeel Abdulla ("plaintiffs") and defendant United States of America ("defendant") (collectively "the parties") stipulate, by and through their undersigned counsel, to slightly modifying the briefing schedule regarding their cross motions for partial summary adjudication and/or judgment on the administrative record as set forth below.

　　　The parties base their stipulation on good cause. Specifically, the parties need to extend filing deadlines as identified below approximately seven days in light of the upcoming holidays and to accommodate unexpected litigation

1  demands.  The parties had previously agreed, and the court has
2  ordered, that the January 30, 2009 hearing date be moved to
3  February 6, 2009.  The parties at that time did not request that
4  the reply and sur-reply deadlines regarding the above motion be
5  moved.
6     The parties specifically stipulate to the following
7  scheduling modifications, and request the court to endorse these
8  modifications by way of formal order:

**BRIEFING SCHEDULE**

|  | Old Dates | New Dates |
|---|---|---|
| Plaintiffs' Reply/Opposition to Cross-Motion for Adjudication | December 31, 2008 | **January 7, 2009** |
| Defendant's Reply/Sur-Reply | January 7, 2009 | **January 14, 2009** |

Respectfully submitted,

Dated: December 15, 2008                December 15, 2008

Law Offices of Bruce Leichty         McGREGOR W. SCOTT
                                     United States Attorney
(As auth. 12/15/08)

/s/ Bruce Leichty_____            /s/ Brian W. Enos_____
BRUCE LEICHTY                        BRIAN W. ENOS
Attorneys for plaintiffs             Attorneys for defendant
Nassr Mohamed and                    United States of America
Nabeel Abdulla


IT IS SO ORDERED.

**Dated:   December 19, 2008**            **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE

2