```
McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NASSR MOHAMED, owner of FAMILY FOOD MARKET; NASSR MOHAMMED and NABEEL ABDULLA, owners of PARKVIEW MARKET,<br><br>             Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION,<br><br>             Defendant. | 1:05-cv-0657-SMS<br><br>**STIPULATION RE: CHANGE TO HEARING DATE;  ORDER** |

Plaintiffs Nassr Mohamed and Nabeel Abdulla ("plaintiffs") and defendant United States of America ("defendant") (collectively "the parties") stipulate, by and through their undersigned counsel, to move the hearing date regarding their cross motions for partial summary adjudication and/or summary judgment as set forth below.

The parties base their stipulation on good cause. Specifically, counsel for plaintiffs will be out of state on the date currently set for the hearing, Friday, February 6, 2009 as well as Friday, February 13, 2009.  The parties therefore

1 stipulate that the hearing be moved from Friday, February 6, 2009
2 to Friday, February 20, 2009.  The parties do not request that
3 the briefing schedule likewise be modified.
4     The parties specifically stipulate to the following
5 scheduling modification, and request the court to endorse the
6 modification by way of formal order:

**HEARING SCHEDULE**

|  | Old Date | New Date |
|---|---|---|
| Hearing on Cross Motions for Partial Summary Adjudication and/or Summary Judgment | February 6, 2009 @9:30 a.m. | **February 20, 2009 @9:30 a.m.** |

Respectfully submitted,

Dated: January 8, 2009                     January 8, 2009

Law Offices of Bruce Leichty        McGREGOR W. SCOTT
                                    United States Attorney
(As auth. 01/8/09)

/s/ Bruce Leichty                   /s/ Brian W. Enos
BRUCE LEICHTY                       BRIAN W. ENOS
Attorneys for plaintiffs            Attorneys for defendant
Nassr Mohamed and                   United States of America
Nabeel Abdulla


IT IS SO ORDERED.

**Dated:   January 13, 2009**                /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

2