UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR MOHAMED, et al., | 1:05-cv-00657-SMS |
| Plaintiffs, | **COURT'S RESPONSE TO ATTORNEY BRUCE LEICHTY'S LETTER OF JUNE 12, 2009** |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITION, et al., | **ORDER GRANTING REQUEST TO FILE JUNE 12, 2009 LETTER** |
| Defendants. | **ORDER DIRECTING CLERK TO FILE JUNE 12, 2009 LETTER** |

   The Court is in receipt of Attorney Bruce Leichty's letter dated June 12, 2009, and responds as follows:

   1.   Mr. Leichty raises numerous bases upon which he disagrees with this Court's rulings.  His remedy cannot be found in an informal letter to the Court.  He is aware of his appellate remedies, and he must make a professional decision whether or not to utilize those remedies.  This must be done without the input of this Court.

   2.   This Court does not have a motion before it on the issue of consent, so no response will be forthcoming.

//

1

3.	This Court has no motion before it for recusal, so no response will be forthcoming.

4.	Mr. Leichty's informal request to have all future proceedings occur on the record is one in which this Court agrees and joins, and assures will happen.

5.	Mr. Leichty is to refrain from any future informal contact with this Court.

6.	Mr. Leichty's request that his letter be filed is granted.

7.	Mr. Leichty's reference to a "magistrate" is worthy of correction.  The title, as a matter of law, is "Magistrate Judge."  To refer to a Magistrate Judge as a "magistrate" is similar to referring to a United States District Judge as a "District."

8.	Mr. Leichty had made numerous accusations and comments about this Court in his letter, including comments about its honesty, the nature of the orders ("cavalier"), a comparison to a "dictatorial arbiter," predetermining an outcome, favoring the government, the Court being cynical and needing to have a "greater sense of justice and fairness than the decisions to date."

By July 7, 2009, this Court will make a decision whether or not to issue an *Order to Show Cause In Re Contempt*.

IT IS SO ORDERED.

**Dated:	June 22, 2009**	          /s/ Sandra M. Snyder
                                	UNITED STATES MAGISTRATE JUDGE

2