1   Bruce Leichty, #132876
    Law Offices of Bruce Leichty
2   625-A Third Street
    Clovis, California  93612-1140
3   (559) 298-5900
    (559) 322-2425 (fax)
4   leichty@sbcglobal.net
    1751STI.A30
5
    Attorney for Nassr Mohamed and Nabeel Abdulla, Plaintiffs
6

7

8

9
                        UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11

12  NASSR MOHAMED, OWNER OF          )        Case No. 1:05-CV-00657-SMS
    FAMILY FOOD MARKET; NASSR        )
13  MOHAMED and NABEEL ABDULLA,      )
    OWNERS OF PARKVIEW MARKET,       )
14                                   )
           Plaintiffs,               )        STIPULATION AND ORDER
15                                   )        REGARDING CAPTION
    v.                               )
16                                   )
    UNITED STATES OF AMERICA,        )
17                                   )
           Defendant.                )
18  _____)

19

20        Plaintiffs Nassr Mohamed and Nabeel Abdulla ("Plaintiffs") and Defendant United States

21  of America ("Defendant" or "United States" or "Government") hereby stipulate to the following

22  terms and ask the Court to order that the caption be changed in accordance therewith:

23        1.  Plaintiffs shall be shown simply as **Nassr Mohamed and Nabeel Abdulla**, without

24  any other qualifying information appearing in the caption.

25        2.  Plaintiffs shall not be prejudiced in any way for having proceeded under a different

26

27  _____1_____

28                              _____
                        STIPULATION AND ORDER REGARDING CAPTION

1   caption up to this point.

2       3.  Without this stipulation constituting an acknowledgement or admission by the United

3   States that any transfer penalties have been applied to Plaintiffs, which is expressly denied by the

4   United States, Plaintiffs shall not by virtue of the change made to the caption be regarded as

5   having waived their position that the disqualifications and transfer penalties allegedly applied by

6   the United States at issue in the operative complaint relate to them only in their capacity as

7   owners of Family Food Market (Nassr Mohamed) and Parkview Market (Nassr Mohamed and

8   Nabeel Abdulla) respectively, nor shall the United States be regarded as having waived any of its

9   positions by virtue of this stipulation.

10

11  Date: 11/02/2009                 /s/ Bruce Leichty
                                     Bruce Leichty, Attorney for Nassr
12                                    Mohamed and Nabeel Abdulla, Plaintiffs

13

14
    Date: 11/02/2009                 UNITED STATES OF AMERICA
15

16                                   UNITED STATES ATTORNEY

17

18                                    /s Alyson A. Berg
                                     Alyson A. Berg, Assistant United States
19                                    Attorney

20

21

22

23

24

25

26

27                                            2

28
                                      _____

                        STIPULATION AND ORDER REGARDING CAPTION

1

ORDER

2      IT IS SO ORDERED.  The Clerk is directed to change the caption of this case in

3  accordance with this Stipulation and Order effective immediately.

4

**IT IS SO ORDERED.**

5

**Dated:**      **November 10, 2009**                    /s/ Sandra M. Snyder

6                                                         **UNITED  STATES  MAGISTRATE  JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                              3

28

STIPULATION AND ORDER REGARDING CAPTION