BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR MOHAMED and NABEEL ABDULLA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:05-cv-0o657-SMS<br><br>**STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE; ORDER** |

Plaintiffs Nassr Mohamed and Nabeel Abdulla ("Plaintiffs") and Defendant United States of America ("Defendant") (collectively "the parties") stipulate, by and through their undersigned counsel, to continue the further scheduling conference as set forth below.

The parties base their stipulation on good cause. Specifically, the parties are continuing settlement negotiations in the hopes of bringing this matter to conclusion. The parties therefore stipulate that the further scheduling conference be continued from March 3, 2010 to March 31, 2010.

///
///
///
///
///
///

1  The parties specifically stipulate to the following scheduling modification, and request
2  the court to endorse the modification by way of formal order:

**SCHEDULE**

|  | Old Date | New Date |
|---|---|---|
| Further Scheduling Conference | March 3, 2010 @9:30 a.m. | **March 31, 2010 @9:15 a.m.** |
| Joint Scheduling Statement | February 19, 2010 | **March 22, 2010** |

Respectfully submitted,

Dated: February 18, 2010                February 18, 2010

BENJAMIN B. WAGNER                 Law Offices of Bruce Leichty
United States Attorney

                                   (As authorized 02/1810)
/s/ Alyson A. Berg                 /s/Bruce Leichty

ALYSON A. BERG                     BRUCE LEICHTY
Attorneys for Defendant            Attorneys for Plaintiffs
United States of America           Nassr Mohamed and Nabeel Abdulla


IT IS SO ORDERED.

**Dated:   February 19, 2010**            _____/s/ Sandra M. Snyder_____
                                          UNITED STATES MAGISTRATE JUDGE

2
**STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE; [PROPOSED] ORDER**