1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR MOHAMED and NABEEL ABDULLA, | 1:05-cv-0o657-SMS |
| Plaintiffs, | **STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE; ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs Nassr Mohamed and Nabeel Abdulla ("Plaintiffs") and Defendant United States of America ("Defendant") (collectively "the parties") stipulate, by and through their undersigned counsel, to continue the further scheduling conference as set forth below.

The parties base their stipulation on good cause. Specifically, the parties are continuing settlement negotiations in the hopes of bringing this matter to conclusion. The parties therefore stipulate that the further scheduling conference be continued from March 3, 2010 to March 31, 2010.

///
///
///
///
///
///

The parties specifically stipulate to the following scheduling modification, and request the court to endorse the modification by way of formal order:

**SCHEDULE**

|  | Old Date | New Date |
|---|---|---|
| Further Scheduling Conference | March 3, 2010 @9:30 a.m. | **March 31, 2010 @9:15 a.m.** |
| Joint Scheduling Statement | February 19, 2010 | **March 22, 2010** |

Respectfully submitted,

Dated: February 18, 2010                    February 18, 2010

BENJAMIN B. WAGNER                    Law Offices of Bruce Leichty
United States Attorney

                                                            (As authorized 02/1810)
 /s/ Alyson A. Berg                                 /s/Bruce Leichty

ALYSON A.BERG                              BRUCE LEICHTY
Attorneys for Defendant                    Attorneys for Plaintiffs
United States of America                   Nassr Mohamed and Nabeel Abdulla

IT IS SO ORDERED.

**Dated:   February 19, 2010**                    _____/s/ Sandra M. Snyder_____
                                                            UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO CONTINUE FURTHER SCHEDULING CONFERENCE; [PROPOSED] ORDER**