BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASSR MOHAMED, and NABEEL ABDULLA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | 1:05-cv-0657-SMS<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

Pursuant to the terms of a written Settlement Agreement as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice.

IT IS SO STIPULATED.

                                                       Respectfully submitted,

Dated: May 12, 2011
                                   (As authorized 05/12/11)
                            By:   /s/Bruce Leichty
                                   Bruce Leichty,
                                   Attorney for Nassr Mohamed and
                                   Nabeel Abdulla, Plaintiffs

Dated: May 12, 2011

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

Telephonic Status Conference hearing set for May 16, 2011 at 9:30 a.m. before Judge Snyder is hereby Ordered Vacated.

IT IS SO ORDERED.

**Dated:   May 12, 2011**                            /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE